UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARL BROWN** | * | **CASE NO.** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH SHERIFF'S** | * | |
| **OFFICE, SHERRIF JACK STRAIN, JR.,** | * | **JUDGE:** |
| **PERSONALLY AND IN HIS OFFICIAL** | * | |
| **CAPACITY AS THE SHERIFF OF ST.** | * | |
| **TAMMANY PARISH, LIEUTENANT** | * | |
| **DAVID GUCHEREAU, DEPUTY** | * | **MAGISTRATE:** |
| **GEORGE R. CUMMINGS, DEPUTY** | * | |
| **DANIEL SABILLON, DEPUTY** | * | |
| **WILLIAM D. MCINTYRE** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT

The Complaint of **CARL BROWN**, of legal age, domiciled in and a resident of Lafourche Parish, Louisiana respectfully represents:

1.

The following parties are made defendants herein:

A.  **ST. TAMMANY PARISH SHERIFF'S OFFICE**, a political subdivision of the Parish of St. Tammany, located at 701 N. Columbia St., Covington, Louisiana 70433, and having as its agent for service of process, Sheriff Jack Strain, Jr., or in his absence, service upon any of his employees of suitable age and discretion;

B.  **SHERRIF JACK STRAIN, JR., PERSONALLY AND IN HIS CAPACITY AS SHERIFF OF THE PARISH OF ST. TAMMANY**, an individual above the age of majority having a business address of 701 N. Columbia St., Covington, Louisiana 70433**;**

Case 2:13-cv-05238-MVL-SS Document 1 Filed 08/03/13 Page 2 of 15

    C.    **LIEUTENANT DAVID GUCHEREAU,** an individual above the age of majority who is employed by Sheriff Jack Strain, Jr., and has a business address of 701 N. Columbia St., Covington, Louisiana 70433**;**

    D.    **DEPUTY GEORGE R. CUMMINGS,** an individual above the age of majority who is employed by Sheriff Jack Strain, Jr., and has a business address of 701 N. Columbia St., Covington, Louisiana 70433;

    E.    **DEPUTY DANIEL SABILLON** an individual above the age of majority who is employed by Sheriff Jack Strain, Jr., and has a business address of 701 N. Columbia St., Covington, Louisiana 70433; and

    F.    **DEPUTY WILLIAM D. MCINTYRE** an individual above the age of majority who is employed by Sheriff Jack Strain, Jr., and has a business address of 701 N. Columbia St., Covington, Louisiana 70433.

2.

On or about August 3, 2012, Plaintiff, **CARL BROWN,** attended a peaceful protest at the St. Tammany Parish Justice Center Courthouse, located at 701 N. Columbia Street, Covington, Louisiana 70434.

3.

The protest was organized by Louisiana United International, a civil rights organization, and set to take place outside of the St. Tammany Parish Justice Center at 4:00 pm on August 4, 2013.

4.

The protest was in response to the United States Department of Justice's (hereafter referred to as "DOJ") report finding that the St. Tammany Parish Prison was in violation of the Constitution of the United States of America because it failed to provide prisoners with humane confinement conditions and adequate mental health care. Particularly, the protest was intended to

address the custom of locking prisoners in a small three (3) foot by three (3) foot cage referred to as a "squirrel cage" by St. Tammany Parish staff and prisoners.[1] *See* Exhibit 1.

5.

The protest began at 4:00 p.m. at the south entrance of the St. Tammany Parish Justice Center. There were approximately seventy-five (75) to one hundred (100) individuals taking part in the protest. Soon after the protest began, five St. Tammany Parish Sheriff's Deputies came outside of the courthouse and informed the protesters that they had to get off of parish property. Soon after this encounter, the protesters peacefully lined up and marched across the street.

6.

Minutes later a Covington Police Officer arrived on the scene. He advised the protestors and the St. Tammany Parish Sheriff's Deputies that the Covington Police Chief would allow the protest to continue and he waived the need for a permit.

7.

Plaintiff, **CARL BROWN**, is a business major with a minor in communications at Nicholls State University. As part of an academic project, Plaintiff was filming the protest. Plaintiff was filming the protesters from multiple angles throughout the protest and continued to film while the protesters were being forced to exit the premises. Plaintiff then returned to the place where the protest was occurring in order to gather his belongings. As he was attempting to gather his belongings, including his camera bag, and table, Plaintiff was confronted by

---

[1] In the DOJ report dated July 12, 2012, it was found that prisoners had little or no access to water or toilets while in these cells and that prisoners were forced to remain standing in these cells because they were too small for prisoners to sit or lay down. *See attached DOJ Report*

Defendant, **LIEUTENANT DAVID GUCHEREAU,** who attempted to confiscate Plaintiff's video camera and ordered Plaintiff to vacate the property.

8.

At this point Defendant, **LIEUTENANT DAVID GUCHEREAU,** ordered Defendant, **DEPUTY GEORGE R. CUMMINGS,** to place Plaintiff, **CARL BROWN,** under arrest. Defendant, **DEPUTY GEORGE R. CUMMINGS,** Defendant, **DEPUTY DANIEL SABILLON** and Defendant, **DEPUTY WILLIAM D. MCINTYRE,** proceeded to use unreasonable and excessive force while attempting to confiscate Plaintiff's camera, and then slamming him to the ground, and handcuffing him.  Mr. Brown was detained on the steps of the courthouse for approximately one (1) hour until a vehicle arrived to take Plaintiff, **CARL BROWN**, to jail.

9.

Rather than driving Plaintiff to the St. Tammany Parish Jail, the deputies pulled the squad car around the rear of the Courthouse and brought Plaintiff inside where he was questioned for over two (2) hours by multiple deputies regarding his affiliation with the group of protestors. During this time period, Mr. Brown was never informed of the reason for his arrest

10.

Hours after being handcuffed and detained, Plaintiff, Carl Brown was finally brought to the St. Tammany Parish Jail.  Plaintiff was informed that he would be released sooner if he consented to a drug test, so he agreed cooperate.

11.

In an attempt to cause undue emotional distress upon Plaintiff, **CARL BROWN,** while he was being held at the St. Tammany Parish Jail, he was forced inside the same three-by-three cell which had been one of the main focal points of the peaceful protest that Plaintiff was filming.

12.

Despite Plaintiff's cooperation and efforts by family members to post bail, Mr. Brown remained in the St. Tammany Parish Jail overnight until he was finally released the following afternoon.

13.

At all times pertinent hereto, Defendants, **LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, AND DEPUTY WILLIAM D. MCINTYRE**, were acting in the course and scope of their employment with Defendants, **ST. TAMMANY PARISH SHERIFF'S OFFICE AND SHERIFF JACK STRAIN, JR., PERSONALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF THE PARISH OF ST. TAMMANY.**

14.

A proximate cause of the incident and the resulting injuries to Plaintiff, **CARL BROWN**, was the intentional and reckless conduct of Defendants, **LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, AND DEPUTY WILLIAM D. MCINTYRE**.

15.

A proximate cause of the of the incident(s) and resulting physical injuries and damages to Plaintiff, CARL BROWN, was the negligence of Defendants, **ST. TAMMANY PARISH SHERIFF'S OFFICE, SHERIFF JACK STRAIN, JR., PERSONALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF THE PARISH OF ST. TAMMANY, LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, and DEPUTY WILLIAM D. MCINTYRE**, which negligence is particularized in the following non-exclusive respects:

1. As to Defendants, **ST. TAMMANY PARISH SHERIFF'S OFFICE AND SHERIFF JACK STRAIN, JR., PERSONALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF THE PARISH OF ST. TAMMANY**, at the time of the incident which is the subject matter of this lawsuit:

    a. Failure to properly hire, supervise, train and/or retain in his employment the officers involved in the arrest and detention of the Plaintiff, **CARL BROWN;**

    b. The intentional breach of or deliberate indifference to the constitutionally guaranteed rights of Plaintiff, **CARL BROWN**;

    c. Other acts of negligence and/or fault which may be shown through discovery at trial; and

    d. Generally, the failure of this defendant to act with the required degree of care commensurate with the existing situation.

2.  As to Defendants, **LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, AND DEPUTY WILLIAM D. MCINTYRE**:

   a.  Intentional and/or negligent use of excessive force;

   b.  False imprisonment;

   c.  The intentional breach of or deliberate indifference to the constitutionally guaranteed rights of Plaintiff, **CARL BROWN**;

   d.  Other acts of negligence and/or fault which may be shown through discovery at trial;

   e.  Generally, the failure of these defendants to act with the required degree of care commensurate with the existing situation.

16.

The proximate cause of the civil rights violations to Plaintiff, **CARL BROWN**, was the intentional and reckless actions of Defendants, **ST. TAMMANY PARISH SHERIFF'S OFFICE, SHERIFF JACK STRAIN, JR., PERSONALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF THE PARISH OF ST. TAMMANY, LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, and DEPUTY WILLIAM D. MCINTYRE**, which civil rights violations are particularized in the following non-exclusive respects:

   a.  SHERIFF **JACK STRAIN JR.** and his deputy/employee Defendants, **LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, and DEPUTY WILLIAM D.**

**MCINTYRE** did intentionally and/ or negligently act to suppress, harass, and arrest Plaintiff in violation of his First Amendment Right.

b.  Plaintiff Carl Brown, a citizen reporter, who was documenting protest activities and police response in a publicly accessible open space, was grabbed pulled to the ground and arrested by the aforementioned defendants.

c.  Defendants' actions violated Plaintiff's rights to free speech, assembly, freedom of the press, false arrest, and false imprisonment.

d.  Furthermore, these defendants did intentionally and/or negligently use excessive force to assault and batter Plaintiff in violation of the Eighth and Fourteenth Amendments to the United States Constitution. Under color of law, Defendant deputies did use by definition excessive force against Plaintiff so as to inflict serious, permanent physical injuries upon him, including but not limited to multiple contusions and abrasions, in violation of 42 U.S.C. § 1983 *et. seq.*

e.  These Defendants acted in combination and in concert to commit unlawful and unconstitutional acts against Plaintiff.  Furthermore, the law under the Eighth and Fourteenth Amendments in this regard is clearly established so as to defeat any purported police Defendants' qualified immunity for state law claims.

f.  At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. § 1983, 1985, 1986, and 1988.

g.  Acting under the color of law, Defendants worked a denial of Plaintiff, **CARL BROWN'S** rights, privileges, and immunities secured by the United

States Constitution and by Federal law, including but not limited to the violations enumerated immediately below.

h.     Defendants, **LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, and DEPUTY WILLIAM D. MCINTYRE,** under the Sheriff's control, violated the rights, privileges, and immunities of Plaintiff, **CARL BROWN,** which deprived Plaintiff of both his liberty without due process of law and his right to equal protection of the laws, due course of justice was impeded, in violation of the United States Constitution and its Amendments.

i.     All Defendants acted in combination and in concert, including **SHERIFF JACK STRAIN JR.,** whose "deliberate indifference in not preventing these acts," combined with the willful acts of his deputies and/or other personnel, thereby allowing the commission of these unlawful acts and violating Plaintiff, **CARL BROWN'S** various constitutional rights.

j.     As a result of Defendants' conspiracy to commit illegal acts against Plaintiff, **CARL BROWN**, they are liable to Plaintiff per 42 U.S.C. §1983 as well as 42 U.S.C. §1988 for attorneys' fees.

k.     Defendant, **SHERIFF JACK STRAIN, JR.**, the Sheriff of the Parish of St. Tammany and his office are responsible for the acts and omissions of the employees and are liable for the activities of its agents, who are not employees.

l.     At all times pertinent hereto, the Defendants were acting under color of law, statutes, customs, policies, ordinances and usages of the State of Louisiana,

the Parish of St. Tammany, and the **ST. TAMMANY PARISH SHERIFF'S OFFICE**.

m.      At all times pertinent hereto, the St. Tammany Parish Sheriff's Office and/or the Sheriff failed to adopt sufficient policies to deter or prevent the violating of Plaintiff, **CARL BROWN**'**S** civil rights.

n.      At all times pertinent hereto, the St. Tammany Parish Sheriff's Office and/or the Sheriff failed to develop and/or maintain a custom or policy to identify, discipline, rehabilitate and/or retrain its officers who violated Plaintiff, **CARL BROWN'S** civil rights.

o.      At all times pertinent hereto, the St. Tammany Parish Sheriff's Office and/or the Sheriff negligently hired and retained deputies who violated Plaintiff, **CARL BROWN'S** civil rights.

p.      The illegal and unconstitutional policies and procedures of the **ST. TAMMANY PARISH SHERIFF'S OFFICE** were the driving force of the deprivation of Plaintiff, **CARL BROWN'S** rights herein.

q.      Furthermore, through improper training, improper hiring, negligent retention, ineffective internal policies, ignoring patterns and practices of abuse, and ignoring rulings of inhumane violation of civil rights by the DOJ, Defendant, **SHERIFF JACK STRAIN JR.** and the **ST. TAMMANY PARISH SHERIFF'S OFFICE** were deliberately indifferent to said policies and procedures leading to Plaintiff, **CARL BROWN'S** rights being violated.

r. Based on the facts stated above, Plaintiff, **CARL BROWN**, hereby asserts various claims under the Constitution, specifically Article I, Sections 2, 3, 4, and 5, and laws of the State of Louisiana, Louisiana Civil Code Arts. 2315, et seq. in pari materia with Title 14 of the Louisiana Revised Statutes, including the acts of false arrest, false imprisonment, assault, and battery.

s. Based on the facts stated above, Co-defendants did knowingly and intentionally, or in the alternative negligently, violate Plaintiff, **CARL BROWN'S** rights under the Louisiana Constitution, particularly Art. 1 §§2 (due process of law), 3 (right to individual dignity), 20 (right to humane treatment), and 22 (access to courts); and under the laws of the State of Louisiana, including but not limited to LSA-R.S. 14:33, et seq. (battery), LSA-R.S. 14:36, et seq. (assault), LSA-C.C. art. 2315 (liability for acts causing damages), LSA-C.C. art. 2316 (negligence, imprudence or want of skill), LSA-C.C. art. 2317 (acts of others), LSA-C.C. art. 2320 (acts of servants).

t. These non-exclusive Louisiana state law deprivations render Defendants liable to Plaintiff jointly and severally, or in solido, for full compensatory damages, including general damages, special damages, cost of this action, and legal interest.

17.

At the time of the civil rights violations, injuries and damages there was, in full force and effect, a policy of general comprehensive liability insurance issued by the Defendant, **ABC INSURANCE COMPANY**, to and in favor of Defendants, **ST. TAMMANY PARISH**

SHERIFF'S OFFICE, SHERIFF JACK STRAIN, JR., PERSONALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF THE PARISH OF ST. TAMMANY, LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, and DEPUTY WILLIAM D. MCINTYRE**, which policy inures to the benefit of Plaintiff, thereby entitling him to maintain this direct action against said Defendants' insurer(s) and thereby also rendering said insurer(s) liable, with the other Defendants sued herein.

18.

As a result of the aforementioned liability of the Defendants, Plaintiff is entitled to a trial by jury and to recover damages in accordance with law, including lost wages, past and future, medical expenses, and other special damages, general damages and punitive damages as well as all other relief contemplated under both Federal and Louisiana Law.

**WHEREFORE**, Plaintiff prays for citation and service of process and, after due proceedings are had, that there be judgment in favor of Plaintiff, **CARL BROWN**, and against Defendants, **ST. TAMMANY PARISH SHERIFF'S OFFICE, SHERIFF JACK STRAIN, JR., PERSONALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF THE PARISH OF ST. TAMMANY, LIEUTENANT DAVID GUCHEREAU, DEPUTY GEORGE R. CUMMINGS, DEPUTY DANIEL SABILLON, and DEPUTY WILLIAM D. MCINTYRE,** *insolido*, for damages together with legal interest thereon from the date of judicial demand until paid, for attorney's fees and, for all costs of these proceedings.

Respectfully submitted,

**DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE, LLP**

  s/ Joshua M. Palmintier
**JOSHUA PALMINTIER (LA Bar #28712)**
618 Main Street
Baton Rouge, LA 70801
Phone: 225-335-1146
Fax:  225-408-5296
E-mail:  jpalmintier@dphf-law.com

*s/Kea Sherman*
KEA SHERMAN, No. 30299
SHERMAN LAW FIRM, L.L.C.
4905 Freret Street, Suite B
New Orleans, Louisiana 70115
Telephone: (504) 708-4889
Facsimile: (504) 324-0665
Email: kea@shermanfirm.net


**SERVICE INFORMATION:**

**ST. TAMMANY PARISH SHERIFF'S OFFICE**
Through its agent for service of process
Sheriff Jack Strain, Jr.
701 N. Columbia St.
Covington, Louisiana 70433;

**SHERRIF JACK STRAIN, JR.**
**PERSONALLY AND IN HIS CAPACITY AS SHERIFF OF THE PARISH OF ST. TAMMANY**,
At his place of business
701 N. Columbia St.
Covington, Louisiana 70433

**LIEUTENANT DAVID GUCHEREAU**
At his place of business
701 N. Columbia St.
Covington, Louisiana 70433

**DEPUTY GEORGE R. CUMMINGS**
At his place of business
701 N. Columbia St.
Covington, Louisiana 70433

**DEPUTY DANIEL SABILLON**
At his place of business
701 N. Columbia St.
Covington, Louisiana 70433

**DEPUTY WILLIAM D. MCINTYRE**
At his place of business
701 N. Columbia St.
Covington, Louisiana 70433