UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL BROWN | CIVIL ACTION NO.: 13-5238 |
| VERSUS | SECTION: "S" |
| ST. TAMMANY PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE: 01 |
| | JURY DEMAND |

**O R D E R**

Pursuant to the above and foregoing Defendants' Motion to Stay Proceedings:

IT IS ORDERED that the captioned matter be and hereby is stayed and closed administratively, said stay to remain in place until the pending criminal charges against the plaintiff arising out of the same facts as this proceeding are finally resolved, at which time any party may file a motion to lift the stay.

New Orleans, Louisiana, this __18th__ day of March, 2014.

_____
JUDGE